**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:    Gloria Felder v. Woodlen Glen Apartments

Appellate case number:    01-15-00079-CV

Trial court case number:    1056604

Trial court:    County Civil Court at Law No. 1 of Harris County, Texas

Appellee, Woodlen Glen Apartments has filed a "Motion to Dismiss," requesting this Court to dismiss "the lawsuit" and vacate the trial court judgment. By the motion, appellee represents that the parties have reached a mutual settlement agreement and appellee agrees to dismiss all claims in the cause of action with prejudice. However, the motion is not signed by appellant, Gloria Felder, does not include a certificate of conference, or otherwise reflect that appellant agrees to the requested relief. *See* TEX. R. APP. P. 10.1(a)(1)(5). Accordingly, we **deny** the motion. *See* TEX. R. APP. P. 42.1(a)(2)(1) (providing appellate court may render judgment effectuating settlement agreement "[i]n accordance with an agreement signed by their parties or their attorneys and filed with the clerk); *cf. Rodriguez v. Rodriguez*, No. 13-14-00112-CV, 2014 WL 3731578, at *1 (Tex. App.—Corpus Christi July 24, 2014, no pet.) (mem. op) (granting appellee's motion, setting aside trial court judgment, and remanding case when appellee included signed settlement agreement with motion).

Nevertheless, the existence of an actual controversy is essential to the exercise of appellate jurisdiction. *See, e.g.*, *Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000). Based on the representation in appellee's motion to dismiss, it appears that the parties have resolved their dispute on the merits and we may no longer have jurisdiction over this appeal. Unless the parties to the appeal demonstrate, **within 14 days of the date of this order**, that there is a live controversy between them as to the merits of the appeal, the appeal may be dismissed.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

        ☒ Acting individually    ☐ Acting for the Court

Date: March 3, 2015